## Ex Parte De Thomas.

Solicitud para que se expida mandamiento de Habeas Corpus.

No. 51.   Resuelto en Mayo 18, 1905.

Habeas Corpus.—Excarcelación bajo fianza.—Declarado un acusado de asesinato en primer grado, culpable de homicidio voluntario, y denegada su excarcelación bajo fianza, por el Juez sentenciador, esas circunstancias tomadas en conjunto, no le hacen acreedor, *bajo precepto imperativo* de la ley, á su excarcelación bajo fianza, por ser la aceptación de ésta de la discreción del Tribunal, y en este concepto, el caso no está comprendido en el número 2 del artículo 483 del Código de Enjuiciamiento Criminal.

Id.—Apelación.—Interpuesta apelación para ante el Tribunal Supremo, por un acusado en causa criminal, el Tribunal Supremo tiene jurisdicción para acordar su excarcelación bajo fianza, si así lo estimare procedente, sin que sea necesario ejercitar á ese fin el recurso extraordinario de habeas corpus.

Abogado del Peticionario: *Sr. Guzmán Benítez* (José).
Abogado del Pueblo: *Sr. Rossy,* Fiscal.

### OPINIÓN DEL TRIBUNAL.

Considerando que el presente caso de Habeas Corpus, promovido por el Letrado Don José de Guzmán Benítez á nombre de José de Thomas, no está comprendido, según se alega, en el No. 2o. del Artículo 483 del Código de Enjuiciamiento Criminal, pues ni el veredicto del Jurado que declaró culpable á Thomas como cómplice del delito de homicidio voluntario, después de acusado como autor de asesinato en primer grado, ni la resolución del Juez de Humacao, denegando la excarcelación de Thomas bajo fianza, son actos que, aún apreciados en su conjunto, hacen acreedor á Thomas á su excarcelación bajo fianza, ba-

jo-precepto imperativo de la ley, dado el texto del Número 2o. del Artículo 374 del Código citado; y teniendo en cuenta, por otra parte, que habiéndose interpuesto recurso de apelación contra el fallo dictado por el Juez de Humacao, esta Corte Suprema, con vista de la causa, tiene jurisdicción bastante para acordar la excarcelación de Thomas bajo fianza, si así lo estimare procedente, sin que sea necesario, por tanto, ejercitar á ese fin el recurso extraordinario de Habeas Corpus.

Se declara no haber lugar á la excarcelación solicitada por José de Thomas, quien será restituido al Alcaide de la Cárcel de Humacao, bajo cuya custodia se encontraba.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, MacLeary y Wolf.

El Juez Asociado Sr. Figueras no intervino en la resolución de este caso.